IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTELLAS PHARMA, INC., and BOEHRINGER INGELHEIM PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RANBAXY INC., RANBAXY PHARMACEUTICALS, INC., and RANBAXY LABORATORIES LTD., <br><br> Defendants. | Civil Action No. 05-CV-2563 (MLC) <br><br> **ORDER** <br><br> RECEIVED <br> NOV 0 7 2007 <br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

Defendants Ranbaxy Inc., Ranbaxy Pharmaceuticals Inc., and Ranbaxy Laboratories Limited (collectively, "Ranbaxy") and Plaintiffs Astellas Pharma Inc. and Boehringer Ingelheim Pharmaceuticals, Inc., having filed a Motion for Vacatur and Dismissal Without Prejudice to effectuate a contingent settlement, and this Court having considered the consented Motion and for good cause shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**. The February 21, 2007, Order and Judgment and the March 6, 2007, Amended Order and Judgment of this Court, are hereby vacated and the complaint and counterclaims herein are hereby dismissed without prejudice.

11-7-07
_____
Date

_____
Mary L. Cooper
United States District Judge

SO ORDERED: _Mary L. Cooper_
MARY L. COOPER, U.S.D.J.

- 3 -

MEI 6893970v.1