AO 120 (Rev 4/92)

U. S. GOVERNMENT PRINTING OFFICE: 1983 374-278/2371

| TO:<br>Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>05cv2563(MLC) | DATE FILED<br>5/13/05 | U.S. DISTRICT COURT<br>Trenton NJ |
|---|---|---|
| PLAINTIFF<br>Astellas Pharma, Inc. etal | | DEFENDANT<br>Ranbaxy, Inc., etal |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | (See copy of complaint annexed) |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☑ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Case settled 11/9/07 |

| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK | DATE<br>5/9/05 |
|---|---|---|

Copy 3—Upon termination of action, mail this copy to Commissioner